**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-6360**

---

IRVIN JEFFERSON WILSON,

Plaintiff - Appellant,

versus

ROBERT BOLLINGER; SCOTT STEIGER; RICHARD S.
NAJJAR; S. S. BOWIE,

Defendants - Appellees,

and

WILLIAM E. GUNN; SOUTH CAROLINA PAROLE AND
PARDON BOARD; DUANE SHULER, Honorable; RICH
WEATHERINGTON; DOROTHY A. MANIGAULT; DANIEL
FARNSWORTH; ROBERT M. DUDEK; B. FAITH MARTZIN,

Defendants.

---

Appeal from the United States District Court for the District of
South Carolina, at Greenville. David C. Norton, District Judge.
(CA-97-1828-6-18-AK)

---

Submitted: November 5, 1998          Decided: November 19, 1998

---

Before ERVIN, LUTTIG, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Irvin Jefferson Wilson, Appellant Pro Se. Charles Franklin Turner, Jr., CLARKSON, FORTSON, WALSH & RHENEY, P.A., Greenville, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Irvin Wilson appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Wilson v. Gunn, No. CA-97-1828-6-18-AK (D.S.C. Feb. 2, 1998). We deny Wilson's motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED